# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
DAVALL GARRISON,

                Plaintiff,                21 **CIVIL** 10917 (VB)

    -against-                       **JUDGMENT**

AMERICAN SUGAR REFINING, INC.;
AMERICAN SUGAR HOLDINGS, INC.;
ASR GROUP INTERNATIONAL, INC.; and DENNIS
ANGONE,

                Defendants.
---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 25, 2025, the motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      June 26, 2025

                                                          **TAMMI M. HELLWIG**

                                                             Clerk of Court

                          **BY:**

                                                            **Deputy Clerk**